UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. Case No. 3:15CR 126 AVC |
| v. | : | |
| | : | VIOLATION: 26 U.S.C. Section 7206(2) (false return) |
| MARCUS FOX | : | |

FILED
2015 JUL 15 P 1: 50
US DISTRICT COURT
HARTFORD CT

INDICTMENT

The Grand Jury charges:

Background

1. During all times relevant to this Indictment, the defendant MARCUS FOX, a resident of Waterbury, Connecticut, prepared tax returns for individuals in his community, many of whom were associated with a church of which he was a member. During the relevant period, FOX prepared a number of false tax returns (the Form 1040 or 1040A and related attached forms), by falsifying on relevant tax returns a range of items, including childcare credits, education credits, American opportunity credits, itemized deductions, education expenses, charitable contributions, unreimbursed employee business expenses, hobby expenses, and childcare costs. Those false entries resulted in many tax returns fraudulently claiming that the taxpayers were entitled to substantial refunds, from which FOX would, at a minimum, routinely receive payment of approximately $200-$350 for his preparation services.

2. From in or about 2009 through 2012, FOX filed over 900 tax returns with the United States Internal Revenue Service ("IRS") on behalf of clients, with his practice substantially increasing between 2008 and 2010, as FOX virtually always secured substantial refunds for his clients.

3. At least beginning in or about 2011, relating to the 2010 tax returns, FOX falsified a number of returns in a manner that allowed FOX to secure a greater payout for himself without his clients' knowledge. FOX would prepare a client tax return with significant falsified credits or expense deductions, which resulted in a fraudulent claim for a substantial refund. The tax return (the Form 1040 or 1040A and related attached forms) would be e-filed with the IRS (hereinafter, "Filed Return"), using the attached Form 8888 to instruct the IRS to split payment of the large refund between the client and FOX, with FOX receiving a substantial portion of the payment.

4. FOX would also prepare a second tax return (the Form 1040 or 1040A and related attached forms), which FOX never filed, but instead provided to his client to hide FOX's ongoing scheme. The second return would typically reflect lower false credits or deductions for expenses than included on the Filed Return and, as a consequence, would reflect a substantially lower total refund than sought with the Filed Return. The total refund on the second return would typically be $200-$350 greater than what the client had received or was to receive from the IRS as a result of his or her share of the refund from the actually Filed Return, with the discrepancy approximately equivalent to FOX's typical tax preparation fee. As a result of FOX's conduct, the client remained unaware of the Filed Return and of the substantial additional direct refund payment made to FOX.

5. At some point later in 2011, certain of FOX'S clients had direct contact with the IRS and learned that FOX had filed returns seeking a substantially higher refund than the clients had received or anticipated receiving. The clients thereafter confronted FOX directly. To avoid further scrutiny, FOX gave the additional refund monies to the protesting clients. FOX, however, did not contact the IRS to correct the fraudulent Filed Returns that he had throughout

prepared and filed for his clients.

## COUNTS ONE THROUGH SIX
### 26 U.S.C. § 7206(2) (False Return)

6. Paragraphs 1-5 of this Indictment are incorporated by reference as if fully restated herein.

7. On or about the date corresponding with the relevant Count identified in the table below, in the District of Connecticut, FOX did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of, a U.S. Individual Tax Return (the Form 1040 or 1040A and related attached forms) (hereinafter, "Tax Return") for the calendar year 2010, of the client(s) identified in the table below.  The relevant Tax Return was false and fraudulent as to a material matter, which FOX then and there knew, in that the Tax Return materially falsified one or more of the following, as more specifically identified in the table below:

    a. Line 40 on the Form 1040 (Itemized deductions);

    b. Line 48 on the Form 1040 (Child and Dependent Care Expenses);

    c. Line 49 on the Form 1040 or line 31 on the Form 1040A (Education Credits);

    d. Line 66 on the Form 1040 or line 43 on the Form 1040A (American Opportunity Credit);

    e. Education expenses on Form 8863 (Education Credits);

    f. Charitable contributions on Schedule A (Itemized Deductions) (line 19);

    g. Business expenses on Schedule A (line 21);

    h. Hobby expenses on Schedule A (line 23);

    i. Business expenses on Form 2106-EZ (Unreimbursed Employee Business Expenses)

    j. Childcare costs on Form 2441 (Child and Dependent Care Expenses).

| Count | Client | On or About Filing Date of 2010 Tax Return | One or More Material False Credits or Deductions on Filed 2010 Tax Return (the Form 1040 or 1040A and related attached forms) | Total Refund Listed on *Unfiled* Return Provided to Client | Refund Paid Directly to Client by IRS Based on Filed Return | Refund Paid to FOX by IRS Based on Filed Return |
|---|---|---|---|---|---|---|
| 1 | Franklin S. | 02/06/2011 | Form 1040:<br>• Itemized Ded. (line 40)<br>• Child Care Credit (line 48)<br>• Education Credit (line 49)<br>• Amer. Opp. Credit (line 66)<br><br>Form 8863:<br>• Ed. Exp. $4,000<br><br>Schedule A<br>• Charity $11,335 (line 19)<br>• Business $1,445 (line 21)<br>• Hobby $3,515 (line 23)<br><br>Form 2106-EZ<br>• Business $1,445<br><br>Form 2441<br>• Child $3,900 | $4,660 | $4,400 | $2,760 |
| 2 | Silvie G. | 01/15/2011 | Form 1040A:<br>• Education Credit (line 31)<br>• Amer. Opp. Credit (line 43)<br><br>Form 8863:<br>• Ed. Exp. $3,000 | $7,578 | $7,300 | $1,571 |

| Count | Client | On or About Filing Date of 2010 Tax Return | One or More Material False Credits or Deductions on Filed 2010 Tax Return (the Form 1040 or 1040A and related attached forms) | Total Refund Listed on *Unfiled* Return Provided to Client | Refund Paid Directly to Client by IRS Based on Filed Return | Refund Paid to FOX by IRS Based on Filed Return |
|---|---|---|---|---|---|---|
| 3 | Jonathan B. & R.B. | 03/02/2011 | Form 1040:<br>• Itemized Ded. (line 40)<br>• Education Credit (line 49)<br>• Amer. Opp. Credit (line 66)<br><br>Form 8863<br>• Ed. Exp. $8,000 ($4,000 for each person)<br><br>Schedule A<br>• Charity $12,900 (line 19)<br>• Business $5,525 (line 21)<br>• Hobby  $2,800 (line 23) | $5,638 | $5,400 | $3,771 |
| 4 | Venel M. | 03/16/2011 | Form 1040:<br>• Itemized Ded. (line 40)<br>• Education Credit (line 49)<br>• Amer. Opp. Credit (line 66)<br><br>Form 8863<br>• Ed. Exp. $4,000<br><br>Schedule A<br>• Charity $2,650 (line 19)<br>• Business $350 (line 21)<br>• Hobby  $1,500 (line 23) | $2,387 | $2,100 | $1,960 |

| Count | Client | On or About Filing Date of 2010 Tax Return | One or More Material False Credits or Deductions on Filed 2010 Tax Return (the Form 1040 or 1040A and related attached forms) | Total Refund Listed on *Unfiled* Return Provided to Client | Refund Paid Directly to Client by IRS Based on Filed Return | Refund Paid to FOX by IRS Based on Filed Return |
|---|---|---|---|---|---|---|
| 5 | Damian S. & S.W. | 03/02/2011 | Form 1040:<br>• Itemized Ded. (line 40)<br>• Education Credit (line 49)<br>• Amer. Opp. Credit (line 66)<br><br>Form 8863<br>• Ed. Exp. $8,000 ($4,000 for each person)<br><br>Schedule A<br>• Charity $22,950 (line 19)<br>• Business $8,020 (line 21)<br>• Hobby $3,510 (line 23) | $7,270 | $7,000 | $5,270 |
| 6 | Garnet G. | 03/01/2011 | Form 1040:<br>• Itemized Ded. (line 40)<br>• Childcare (line 48)<br>• Education Credit (line 49)<br>• Amer. Opp. Credit (line 66)<br><br>Form 8863<br>• Ed. Exp. $4,000;<br><br>Schedule A<br>• Charity $11,710 (line 19)<br>• Business 3,210 (line 21)<br>• Hobby $3,280 (line 23)<br><br>Form 2441<br>• Child $3,000 | $2,249 | $1,900 | $2,405 |

All in violation of Title 26, United States Code, Section 7206(2).

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL:

/s/
_____
FOREPERSON